# In the United States District Court
## for the Southern District of Georgia
### Savannah Division

SHARON HURLEY,

    Plaintiff,

    v.

RIVER ROAD READY MIX PRODUCTS,
INC.,

    Defendant.

CV 4:25-148

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 24, wherein the parties notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this \_\_4\_\_ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA